Prepared by State Reporter from Appeal Papers

In the Matter of the Claim of GEORGE KOCH against LEHIGH VALLEY RAILROAD COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — claim for medical services rendered claimant by his own physicians dismissed.*

*Matter of Koch v. Lehigh Valley R. R. Co.*, 217 App. Div. 280, affirmed.

(Argued January 12, 1927; decided February 23, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 2, 1926, reversing an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissing the claim. The award was for medical services rendered to claimant by his own physicians in connection with an injury received by him in the course of his employment. The Appellate Division held that under section 13 of the Workmen's Compensation Law as it read in March, 1921, at which time the injury was received, the employer was not liable, it appearing that neither the claimant nor any one on his behalf ever requested the employer to furnish medical services and that it was not until nine days after the occurrence that the employer had knowledge of the injury, claimant in the meantime having been treated by physicians of his own choosing.

*Albert Ottinger,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*William M. Fay* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.